**Order Issued March 21, 2019 Withdrawn and Order filed April 4, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00048-CV

———————

### ASHLEY THOMAS, Appellant

### V.

### DM ARBOR COURT, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1119150**

---

## ORDER

On March 21, 2019, this court issued an order requiring appellant to pay the filing fee in the amount of $205.00. *See* Tex. R. App. P. 5. That ruling is withdrawn because appellant filed a statement of inability to afford court costs in the trial court and is not required to pay costs in the appellate court. *See* Tex. R. App. P. 20.1(b)(1).

PER CURIAM